IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ANTHONY MARCAVAGE, ) | Number: 04-CV-4741 |
| ) | |
| Plaintiff, ) | |
| ) | The Honorable Petrese B. Tucker |
| v. ) | |
| ) | |
| CITY OF PHILADELPHIA, PENNSYLVANIA, ) | |
| et. al. ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Proposed Voir Dire Questions was served upon the following in the manner indicated:

Served by Electronic Means and United States First Class Mail:

Paul Marone, Esquire
City of Philadelphia Law Department
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

/s/ L. Theodore Hoppe, Jr.
*L. Theodore Hoppe, Jr., Esquire*
*Attorney I.D. No. 62082*
*C. Scott Shields, Esquire*
*Attorney I.D. No. 68837*
*Amanda L.H. Brinton, Esquire*
*Attorney I.D. No. 88882*
*223 N. Monroe Street*
*PO Box 23*
*Media, PA  19063*
*(610) 892-7777*
*(610) 892-7525 (fax)*
*Attorneys for Plaintiff*

Date:  7/31/06