IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANTHONY MARCAVAGE, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 04-4741 |
| SERGEANT WARREN EDWARDS, et al., | : | |
| Defendants. | : | |

**FILED**
AUG 18 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JURY INTERROGATORIES

## PART A: LIABILITY

**QUESTION 1 – CLAIMS AGAINST SERGEANT WARREN EDWARDS**

1. Has Plaintiff proved, by a preponderance of the evidence, that Defendant Warren Edwards violated Plaintiff's First Amendment rights on May 29, 2003?

        **NO** __X__       **YES** _____

*Instructions: Proceed to Questions 2.*

**QUESTION 2 – CLAIMS AGAINST OFFICER DANIEL KELLY**

2. Has Plaintiff proved, by a preponderance of the evidence, that Defendant Daniel Kelly violated Plaintiff's First Amendment rights on August 15, 2003?

        **NO** __X__       **YES** _____

*Instructions: Proceed to Questions 3.*

**QUESTION 3 – CLAIMS AGAINST CHIEF INSPECTOR JAMES TIANO**

3. Has Plaintiff proved, by a preponderance of the evidence, that Defendant James Tiano violated Plaintiff's First Amendment rights on May 2, 2004?

        **NO** __X__       **YES** _____

*Instructions: Proceed to Questions 4.*

**QUESTION 4 – CLAIMS AGAINST CAPTAIN FISHER AND CHIEF INSPECTOR TIANO**

4. Has Plaintiff proved, by a preponderance of the evidence, that one or more of the Defendants violated Plaintiff's First Amendment rights on June 13, 2004?

        **Tiano:**   **NO** __X__       **YES** _____
        **Fisher:**  **NO** __X__       **YES** _____

*Instructions: Proceed to Questions 5.*

## PART B: DAMAGES

**QUESTION 5.**

5(a). Have you found any Defendant liable in "Part A"?

**NO** _✗_   **YES** _____

*Instructions: If your answer is "Yes" go to Question 5(b). If your answer is "No" discontinue your deliberations.*

5(b). Has Plaintiff proved, by a preponderance of the evidence, that he suffered damages as a proximate cause of the conduct of violations by one or more of the Defendants?

| | | |
|---|---|---|
| **Edwards:** | NO _____ | YES _____ |
| **Kelly:** | NO _____ | YES _____ |
| **Tiano:** | NO _____ | YES _____ |
| **Fisher:** | NO _____ | YES _____ |

*Instructions: If your answer is "Yes" as to any Defendant, state the total amount of compensatory damages to be awarded. If your answer is "No" proceed to Question 5(c).*

$ _____

5(c). Has the Plaintiff proved, by a preponderance of the evidence, that he is entitled to nominal damages?

**NO** _____   **YES** _____

*Instructions: If your answer is "Yes" state the amount of nominal damages to be awarded. If your answer is "No" discontinue your deliberations.*

$ _____

*Instructions: Advise the Courtroom Deputy that you have completed your deliberations.*

_____
FOREPERSON

_August 14, 2006_
DATE