# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL ANTHONY MARCAVAGE,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION NO. 04-4741** |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this ____ day of December, 2006, upon consideration of Plaintiff's Post-Trial Motion Pursuant to Rule 50 and Rule 59 of the Federal Rules of Civil Procedure (Doc. 101) and Defendant's Response (Doc. 103), **IT IS HEREBY ORDERED** and **DECREED** that Plaintiff's Motion is **DENIED**.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**